IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRAFTWOOD LUMBER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 14 CV 6868 |
| v. ) | |
| ) | Judge Zagel |
| AUBURN ARMATURE, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal with prejudice of the claims of Plaintiff Craftwood Lumber Company. This dismissal is without prejudice to the claims of any other putative class member, except Craftwood II, Inc., to the extent it would be a class member. This dismissal is without costs.

Respectfully submitted,

**PLAINTIFF**

**CRAFTWOOD LUMBER COMPANY**

s/Scott Z. Zimmermann (with permission)
By one of its attorneys
Scott Z. Zimmermann
Law Offices of Scott Z. Zimmermann
601 S. Figueroa St., Suite 2610
Los Angeles, CA 90017
(213) 452-6509

**DEFENDANT**

**AUBURN ARMATURE, INC.**

s/Bart T. Murphy
By one of its attorneys
Bart T. Murphy
Ice Miller LLP
2300 Cabot Dr., Suite 455
Lisle, IL 60532
(630) 955-6392

C\364711.1

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, states that on September 24, 2015, he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on all counsel of record as listed below, by the Clerk's ECF/CM system.

| | |
|---|---|
| Scott Z. Zimmermann | szimm@zkcf.com |
| C. Darryl Cordero | cdc@paynefears.com |
| Frank Owen | FFO@CastlePalms.com |
| Charles R. Watkins | charlesw@gseattorneys.com |
| Eric Michael Kennedy | emk@paynefears.com |
| Matthew K. Brown | mkb@paynefears.com |

            s/Bart T. Murphy

            Bart T. Murphy
            Ice Miller LLP
            2300 Cabot Dr., Ste. 455
            Lisle, IL 60532
            (630) 955-6392